IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05cv270-ID |
| | ) | WO |
| ANTHONY CLARK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On May 16, 2006, the Magistrate Judge filed a Recommendation in this case to which

no timely objections have been filed.  (Doc. No. 14.)  Upon an independent review of the file

in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge,

it is

ORDERED that said Recommendation be and the same is hereby ADOPTED,

APPROVED and AFFIRMED and that the above-styled cause be and the same is hereby

DISMISSED without prejudice for failure of the plaintiff to prosecute this action and to

comply with the orders of the court.

DONE this 1st day of June, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE