IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES MITCHELL, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.  2:05cv270-ID |
| | ) WO |
| ANTHONY CLARK, *et al.*, | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the order entered this date, it is CONSIDERED, ORDERED and ADJUDGED that the above-styled cause be and the same is hereby DISMISSED without prejudice.

The Clerk is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 1st day of June, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE